STATE OF NEW JERSEY v. WALLACE LANE.

November 27, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD MANSER.

November 27, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BROWN.

November 27, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. HECTOR FIGUEROA.

November 27, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY LANDOLFI.

November 27, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. MARLO N. THOMPSON.

November 27, 1978.  Petition for certification denied.